**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SATNAM SINGH,

              Petitioner,

   v.

ERIC H. HOLDER Jr., Attorney General,

              Respondent.

No. 08-74835

Agency No. A079-602-354

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010[**]

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

     Satnam Singh, a native and citizen of India, petitions for review of the Board

of Immigration Appeals' ("BIA") order denying his third motion to reopen

removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for

---

     [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

     [**]   The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

abuse of discretion the denial of a motion to reopen. *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003). We deny the petition for review.

The BIA did not abuse its discretion in denying Singh's third motion to reopen as time-barred and number-barred where the motion was filed over five years after the BIA's final decision, *see* 8 C.F.R. § 1003.2(c)(2), and Singh failed to establish changed circumstances in India to qualify for the regulatory exception to the time limitation, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *see also Toufighi v. Mukasey*, 538 F.3d 988, 996 (9th Cir. 2008) (in order to prevail on a motion to reopen based on changed country conditions, petitioner must demonstrate that new evidence, together with the evidence presented at the original hearing, establishes prima facie eligibility for relief sought).

**PETITION FOR REVIEW DENIED.**

08-74835